# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN BOLASKY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-520-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## SUPPLEMENTAL BRIEFING ORDER

This cause came on for consideration without oral argument on Plaintiff John Bolasky's Application to Proceed without Prepayment of Fees and Affidavit. I am unable to determine from Bolasky's application whether he is in fact a pauper and entitled to proceed with his complaint without payment of a filing fee. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).

Specifically, Bolasky's application appears to indicate that he owns a home valued at $310,000.00. Doc. No. 2 at 2. It is unclear how much equity Bolasky has in this home. *Id*.

Accordingly, on or before April 28, 2006, Bolasky shall file a supplemental affidavit addressing these issues. Failure to comply with this Order will result in a recommendation that Bolasky's Application to Proceed without Prepayment of Fees and Affidavit be denied.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties