# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN BOLASKY,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:06-cv-520-Orl-22KRS**

**COMMISIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)** |
| **FILED:** | **April 17, 2006** |

I am unable to determine from Plaintiff John Bolasky's application whether he is in fact a pauper and entitled to proceed with his complaint without payment of a filing fee. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). Specifically, Bolasky's application indicates that he owns a home valued at $310,000.00. Doc. No. 2 at 2. It is unclear how much equity Bolasky has in this home. *Id*.

Hence, I ordered Bolasky to file a supplemental affidavit addressing this issue on or before April 28, 2006. Doc. No. 3. I warned Bolasky that "[f]ailure to comply with [my] Order [would]

result in a recommendation that [his] Application to Proceed without Prepayment of Fees and Affidavit be denied." *Id*. Bolasky did not respond to my Order and the time for doing so has passed.

Accordingly, I respectfully recommend that Bolasky's Application to Proceed without Prepayment of Fees and Affidavit (doc. no. 2) be **DENIED**. I further recommend that if the required filing fee is not paid within 11 days from the date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 4, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy