# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN BOLASKY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-520-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on April 17, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Application be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 4, 2006 (Doc. No. 5, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**.

3.	Plaintiff shall pay the required filing fee within eleven days of the date of this Order.  Failure to pay the filing fee as directed shall result in this case being dismissed, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 23, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record